UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald L. Lindberg,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Civil No. 11-2396 (PJS/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

1. Plaintiff's Motion for Summary Judgment, filed in error (ECF No. 6), is administratively terminated;

2. Plaintiff's Motion for Summary Judgment (ECF No. 8) is **DENIED**;

3. Defendant's Motion for Summary Judgment (ECF No. 11) is GRANTED;

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 08/10/12       s/Patrick J. Schiltz
             PATRICK J. SCHILTZ
             United States District Judge